UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SANDY IRWIN,

          Plaintiff,

   -against-                         **NOTICE OF VOLUNTARY DISMISSAL**

CREDITORS FINANCIAL GROUP, LLC,     Case No. 1:09-cv-00434-RJA

          Defendant.

SANDY IRWIN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, CREDITORS FINANCIAL GROUP, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
Adam T. Hill
Krohn & Moss, Ltd.
120 W. Madison St., 10th Fl.
Chicago, IL 60602
Tel.: 312-578-9428
Fax: 866-802-0021
ahill@consumerlawcenter.com
Attorney for Plaintiff

1